**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| JUSTIN RUEDA, individual, and JUSTIN RUEDA and JANET ECHEV ARRIA-CABRET, jointly,<br><br>    Plaintiffs,<br><br>    v.<br><br>COINBASE INC., and<br>SPACE COAST CREDIT UNION<br><br>    Defendants. | Case No. 1:25-cv-23207-JEM |

**DEFENDANT SPACE COAST CREDIT UNION'S**
**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Space Coast Credit Union ("Space Coast"), pursuant to Local Rule 7.1, and with the consent of Plaintiffs Justin Rueda and Janet Echeva Arria-Cabret, respectfully submits this Agreed Motion for a thirty (30) day extension of time to answer, move, or otherwise respond to Plaintiff's Complaint, and in support thereof states as follows:

1.   On July 17, 2025, Plaintiffs filed the Complaint (ECF 1) in this action and the clerk issued the Summons (ECF 3).

2.   On August 18, 2025, Plaintiffs filed the Waiver of Service executed by counsel for Space Coast waiving service of the Summons and Complaint. (ECF 5.)

3.   According to the Paperless Order Granting Space Coast's Unopposed Motion for Extension of Time, the current deadline for Space Coast to respond to the Complaint is October 16, 2025.

4.   Space Coast respectfully requests a thirty (30) day extension of time from October 16, 2025 to respond to Plaintiffs' complaint.

1

5. If and when Space Coast responds to the Complaint, it intends to file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) seeking with-prejudice dismissal of all claims asserted against the credit union.

6. Good cause exists for the requested stay. Space Coast and Plaintiffs are discussing a potential resolution of this case that would result in a voluntary dismissal of Plaintiffs' claims against Space Coast, without the need of burdening this Court with a dispositive motion. The parties need additional time to complete these negotiations. The requested 30-day stay will facilitate these negotiations by preserving the current economics of the litigation.

7. Good cause further exists for the stay because, if settlement negotiations fail, Space Coast will need additional time to prepare its motion to dismiss. On top of the time required for preparing the motion itself in this case and continuing discussions with Plaintiffs' counsel regarding a potential resolution, counsel for Space Coast also has professional obligations in other cases.

8. Accordingly, Space Coast requests a 30-day extension of time, until November 17, 2025, to answer, move, or otherwise respond to Plaintiffs' Complaint.

9. Counsel for Space Coast has conferred with Plaintiffs' counsel and Plaintiffs consent to the requested extension of time.

10. The requested extension is not made for the purposes of delay and will not result in prejudice to any party.

11. This is Space Coast's first request for an extension of time.

WHEREFORE, Space Coast respectfully requests that the Court enter an Order extending the time for Space Coast to answer, move, or otherwise respond to the Complaint to on or before October 10, 2025.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), counsel for Space Coast has conferred with counsel for Plaintiff and Plaintiff consents to the relief requested in the foregoing Agreed Motion.

Dated: October 10, 2025

Respectfully submitted,

/s/ Lissette Garcia
Lissette Garcia, Esq.
Florida Bar No. 1027994
Moises T. Grayson
Florida Bar No. 369519
**GRAYSON LAW GROUP, P.A.**
25 SE Second Avenue – Suite 710
Miami, Florida 33131
(305) 379-2300
Lissette.Garcia@graysonpa.com
moises.grayson@graysonpa.com

Eric T. Werlinger*
**KATTEN MUCHIN ROSENMAN LLP**
1919 Pennsylvania Ave, N.W.
Washington, DC 20006-3404
(202) 625-3500
eric.werlinger@katten.com

*Pro hac vice forthcoming*

*Attorneys for Defendant Space Coast Credit Union*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 10, 2025, a true and correct copy of the foregoing was furnished through the CM/ECF system and served on all parties/attorneys of record via the Court's Electronic System.

/s/ Lissette Garcia

3