## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   25-23207-CIV-MARTINEZ

**JUSTIN RUEDA**, *et al*.,

      Plaintiffs,

v.

**COINBASE INC.**, *et al*.,

      Defendants.

_____/

### ADMINISTRATIVE ORDER CLOSING CASE

      **THIS CAUSE** came before the Court on Defendant Coinbase Inc.'s second Agreed Motion for Extension of Time to Respond to Complaint, filed on November 13, 2025 [ECF No. 19].   In the Motion, Defendant requests a sixty (60) day extension of time to respond to Plaintiffs' Complaint due to ongoing good faith settlement negotiations.[1]   To conserve the parties' and judicial resources, it is

      **ORDERED AND ADJUDGED** as follows:

      1.   The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

      2.   If the parties fail to complete the expected settlement, any party may, by motion, request the Court to reopen the case within sixty (60) days of the date of this Order.

      3.   The Clerk shall **CLOSE** this case for administrative purposes only.   Any pending motions are **DENIED AS MOOT**.

---

[1] Defendant, Space Coast Credit Union, is also in settlement negotiations with Plaintiffs.   (*See* Joint Scheduling Report [ECF No. 14] 1).

CASE NO. 25-23207-CIV-MARTINEZ

**DONE AND ORDERED** in Miami, Florida, this 14th day of November, 2025.

**CECILIA M. ALTONAGA**
for **JOSE E. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2