UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**JUSTIN RUEDA**
and **JANET ECHEVARRIA-CABRET,**

CASE NO.: 1:25-cv-23207-JEM

*Plaintiffs,*

v.

**COINBASE, INC., et al.,**

*Defendants.*
_____/

### JOINT MOTION TO EXTEND DEADLINE FOR FILING DISMISSAL PAPERS

Plaintiffs Justin Rueda and Janet Echevarria-Cabret ("Plaintiffs") and Coinbase, Inc. ("Coinbase") respectfully submit this joint motion to extend the deadline for filing dismissal papers in this matter, stating as follows:

1. On November 14, 2025, the Court issued an order administratively closing the case without prejudice to the parties to submit dismissal papers within sixty (60) days and if the settlement is not completed to file a motion requesting additional relief (Doc. 20).

2. The sixty (60) day deadline is on or about January 13, 2026. Plaintiff and Coinbase have worked diligently to finalize the terms of the Parties' settlement and are in the last stages of completing all documentation and actions required for same. Final settlement language has been resolved. The parties just need a short extension to complete the execution.

4. As such, Plaintiffs and Coinbase respectfully request a fifteen (15) day extension of time to file the required stipulation of dismissal, through and including January 28, 2026.

5. The requested extension is not sought for delay or any improper purpose. Rather, the additional time has been and is necessary simply for the Parties to finalize execution of the

agreement.

WHEREFORE, premises considered, Plaintiffs and Coinbase respectfully request that the Court extend the deadline for filing their stipulation of dismissal by fifteen (15) days, through and including January 28, 2026.

Dated: January 13, 2026

*Respectfully Submitted,*

| | |
|---|---|
| SHARMIN &SHARMIN, P.A.<br>830 North Federal Highway<br>Lake Worth, FL 33460<br>Telephone: 561-655-3925<br>Fax: 844-921-1022 | KELLEY DRYE & WARREN LLP<br>333 W. Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>Telephone: (305) 609-5479 |
| */s/ Eiman Sharmin*<br>Eiman Sharmin, Esq.<br>FBN: 716391<br>Email: eiman@sharminlaw.com | */s/ Matthew C. Luzadder*<br>Matthew C, Luzadder, Esq.<br>FBN: 0011286<br>Email: mluzadder@kelleydrye.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Coinbase, Inc.* |