UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**JUSTIN RUEDA and JANET ECHEVARRIA- CABRET,**

    *Plaintiffs,*

v.

**COINBASE, INC., et al.,**

    *Defendants.*

_____/

**CASE NO.: 1:25-cv-23207-JEM**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT SPACE COAST CREDIT UNION**

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs, Justin Rueda and Janet Echevarria-Cabret, and Defendant, Space Coast Credit Union ("Space Coast") have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Space Coast shall each bear their own attorneys' fees and costs.

Dated: January 13, 2026

                       *Respectfully submitted*,

**SHARMIN &SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*

**KELLEY DRYE & WARREN LLP**
333 W. Wacker Dr., Suite 2600
Chicago, IL 60606
Telephone: (305)609-5497

*/s/ Matthew C. Luzadder*
Matthew C. Luzadder, Esq.
FBN: 0011286
Email: mluzadder@kelleydrye.com
*Counsel for Defendant*
*Coinbase, Inc.*

**BLAXBERG GRAYSON PA**
25 SE 2nd Avenue – Suite 730
Miami Florida 33131
Telephone: (305) 379-2300

*/s/ Moises T. Grayson*
 Moises T Grayson, Esq.
FBN: 369519
Email: moises.grayson@graysonpa.com
*Counsel for Defendant*
*Space Coast Credit Union*