UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23207-CIV-MARTINEZ

JUSTIN RUEDA and JANET
ECHEVARRIA-CABRET,

      Plaintiffs,

v.

COINBASE, INC., *et al.*,

      Defendants.

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' and Defendant, Coinbase, Inc.'s Joint Motion to Extend Deadline for Filing Dismissal Papers [ECF No. 21]. The parties indicate that they require additional time to finalize the terms and execution of the settlement agreement with Defendant, Coinbase, Inc. Accordingly, finding good cause, it is hereby

ORDERED and ADJUDGED that:

1.    The parties' Joint Motion to Extend Deadline for Filing Dismissal Papers [ECF No. 21] is GRANTED.

2.    Plaintiffs and Defendant, Coinbase, Inc. shall file their dismissal documents on or before January 28, 2026.

DONE AND ORDERED in Miami, Florida, this 14 day of January 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record